IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| DONALD VAUGHAN, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 06-4072-CV-C-NKL |
| ELI LILLY & CO., et al., | ) |
| Defendants. | ) |

ORDER

Pending before the Court is Defendant Eli Lilly & Company's ("Eli Lilly") Motion to Stay [Doc. # 4] all proceedings pending transfer of the case to the Multi-District Litigation Court in the Eastern District of New York ("the MDL Court") that is handling all the federal Zyprexa cases. On previous occasions where the parties have disputed the Court's diversity jurisdiction, this Court has denied Eli Lilly's Motions to Stay and ruled on Plaintiffs' Motions for Remand. *See, e.g. Copeland v. Eli Lilly & Co., et al.*, Case No. 05-4318-CV-W-NKL (Dec. 22, 2005). In the present case, the non-diverse physician defendant has been dismissed, there is no dispute as to the Court's jurisdiction, and Plaintiff has filed no objection to the requested stay. Accordingly, Eli Lilly's Motion to Stay [Doc. # 4] is GRANTED.

IT IS SO ORDERED.

1

                                                      s/ Nanette K. Laughrey
                                                      NANETTE K. LAUGHREY
                                                      United States District Judge

Dated: May 23, 2006
Jefferson City, Missouri